UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LASHONE BRADDOCK,

                Plaintiff,            No. 06-CV-11013-DT

vs.                                     Hon. Gerald E. Rosen

SAGINAW COUNTY, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

            At a session of said Court, held in the
            U.S. Courthouse, Detroit, Michigan
            on     October 6, 2006

            PRESENT:  Honorable Gerald E. Rosen
                             United States District Judge

This matter having come before the Court on the May 30, 2006 Report and Recommendation of United States Magistrate Judge Donald A. Scheer recommending that the Court grant Defendants' Motion to Dismiss and, accordingly, dismiss Plaintiff's Complaint in its entirety; and Plaintiff having timely filed objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's objections, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Defendants' Motion to Dismiss should be granted; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of May 30, 2006 be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss be, and hereby is, GRANTED. Plaintiff's Complaint is, accordingly, DISMISSED in its entirety with prejudice.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: October 6, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 6, 2006, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager